# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

IN RE:

DELBRIA D. SCOTT

Debtor(s).

Chapter 13
Case No.:
16-36099-KRH Trustee:
Carl M. Bates

## Motion for Order Authorizing Extension of Time for Filing Certification of Completion of Personal Financial Management

**COMES NOW** the Debtor(s), Delbria D. Scott and by her Attorney, Jacqueline W. Critzer of Critzer Cardani, P.C. pursuant to Federal and Local Bankruptcy Rules 1007, 3015 and 9006, and for her Motion to Extend Time state as follows:

1. Movant is the above-named debtor, having filed her petition for Chapter 13 bankruptcy on December 14, 2016.

2. The debtor's certification of completion of personal financial management was due on April 12, 2021.

3. Counsel has attempted to reach debtor multiple times by phone, email and regular USPS to remind her of the requirement to complete the certification of personal financial management, but debtor has not responded.

4. An extension of time to May 12, 2021 to file the certification of completion of Personal Financial Management is necessary for counsel to make further attempts to reach

the debtor so the case to proceed to discharge.

**WHEREFORE,** movant prays that an order be made and entered herein extending to and until May 12, 2021; and for such further and other relief as is just.

Respectfully submitted,

*/s/ Jacqueline W. Critzer*

Counsel for Delbria Scott

Date: April 14, 2021

*/s/ Jacqueline W. Critzer, Esq.*
Jacqueline W. Critzer, Esq. (VSB # 71569)
Critzer Cardani PC
A Debt Relief Agency/Counsel for Debtor
12090 West Broad Street
Suite 200
Richmond, Virginia 23233
804-793-8010

**Certification of Service**

I hereby certify that on April 14, 2021, a true copy of the foregoing Notice of Motion and Motion to Extend were mailed via first class mail or electronic mail to Carl M. Bates, Chapter 13 Trustee at P. O. Box 1819, Richmond, Virginia 23218 and the United States Trustee at 701 E. Broad Street, Richmond, Virginia 23219 and to all necessary parties.

*/s/ Jacqueline W. Critzer, Esq.*
Jacqueline W. Critzer, Esq. (VSB # 71569)
Critzer Cardani, P.C.
A Debt ReliefAgency/Counsel for Debtor
12090 West Broad Street
Suite 200
Richmond, Virginia
23233 804-793-8010