IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:  DELBRIA D. SCOTT,

    Debtor.

Chapter 13
Case No. 16-36099-KRH

### NOTICE OF MOTION AND HEARING TO ENLARGE TIME FOR FILING CERTIFICATION OF PERSONAL FINANCIAL MANAGEMENT

NOTICE IS HEREBY GIVEN that a Motion to Extend Time to File a Certification of Personal Financial Management has been filed in this case.

If you do not want the Court to grant the relief requested then on or before fourteen (14) days from the date of service of this motion, you or your attorney must:

    ***File a response with the court pursuant to Local Bankruptcy Rule 9013-(H) so that the court receives it no later than seven (7) days prior to the hearing date.  You must mail your response to the Clerk, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.
    You must also attend a hearing on the Motion on May 12, 2021 at 12:00 p.m. in Courtroom 5000, United States Bankruptcy Court, 701 E. Broad Street, Richmond, Virginia 23219.

    If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.  You must also mail a copy to the attorney for the debtor (or to the debtor if the debtor is not represented by counsel).

Address of attorney for the Debtor:   Jacqueline W. Critzer, Esquire
12090 W. Broad Street, Suite 200
Richmond, Virginia 23233

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Respectfully Submitted:

/s/ Delbria Scott

By Counsel

Date:  April 16, 2021

/s/ Jacqueline W. Critzer, Esq.
Jacqueline W. Critzer, VSB# 71569
Critzer Cardani, P.C.
A Debt Relief Agency/Counsel for Movant(s)
12090 W. Broad Street, Suite 200
Richmond, Virginia 23233
(804) 793-8010 p
(804) 767-3436 f
jackie@cclawva.com

## Certification of Service

I hereby certify that on April 16, 2021, a true copy of the foregoing Notice of Motion and Hearing was mailed via first class mail or electronic mail to Carl M. Bates, Chapter 13 trustee and the United States Trustee at 701 E. Broad Street, Richmond, Virginia 23219 and to all necessary parties

/s/ Jacqueline W. Critzer
Counsel for Movant