Certificate Number: 02998-VAE-DE-035586473

Bankruptcy Case Number: 16-36099



02998-VAE-DE-035586473

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2021, at 4:18 o'clock PM EDT, Delbria Denese Scott completed a course on personal financial management given by internet by Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date:   April 19, 2021          By:     /s/Terri Everett

Name:  Terri Everett

Title:  Counselor